# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS) |
| DEBORAH A. VITALE,<br><br>Appellant,<br><br>v.<br><br>EDSON ARNEAULT, et al.,<br><br>Appellees. | Case No.. 1:25-cv-01167-MN |

### **PETITIONING CREDITORS' STATEMENT OF ADDITIONAL ISSUES ON APPEAL**

Edson Arneault, Kathleen and James Devlin, J. Steven Emerson, Emerson Partners, J. Steven Emerson as Successor to the J. Steven Emerson Roth IRA, John Hawley as Servicing Agent for Argonaut 2000 Partners, L.P., Steven Rothstein, Barry and Irene Stark ("Petitioning Creditors"), pursuant to Federal Rule of Bankruptcy Procedure 8009 and Local Rule of Bankruptcy Procedure 8009-1, hereby submit this statement of additional items to be presented on appeal.

1. Whether Appellant has standing to appeal any of the orders or judgments forming the basis for this appeal.

[*The Remainder of This Space Intentionally Left Blank*]

2

          **ARMSTRONG TEASDALE LLP**

          <u>*/s/ Jonathan M. Stemerman*</u>
          Jonathan M. Stemerman (No. 4510)
          1007 North Market Street, Third Floor
          Wilmington, Delaware 19801
          Telephone: (302) 416-9670
          jstemerman@atllp.com

          *Counsel to Petitioning Creditors*

Dated: September 24, 2025
      Wilmington, Delaware