IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| DIAMONDHEAD CASINO CORPORATION, | ) ) | Case No. 24-11354 (JKS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| DEBORAH A. VITALE, | ) | |
| | ) | |
| Appellant, | ) | C.A. No. 25-1022 (MN) |
| v. | ) | C.A. No. 25-1167 (MN) |
| | ) | |
| EDSON ARNEAULT, *et al*., | ) | |
| | ) | |
| Appellees. | ) | |

**ORDER**

At Wilmington, this 3rd day of December 2025:

For the reasons set forth in the accompanying Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that the Emergency Stay Motions (C.A. No. 25-1022-MN, D.I. 14; C.A. No. 25-1167-MN, D.I. 7) are DENIED.

                                                      *Maryellen Noreika*
                                                      The Honorable Maryellen Noreika
                                                      United States District Judge