IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION<br><br>Alleged Debtor.<br><br>DEBORAH A. VITALE<br><br>Appellant,<br><br>v.<br><br>EDSON ARNEAULT, et al.,<br><br>Appellees. | Chapter 7<br>Case No. 24-11354 (JKS)<br><br><br><br><br><br>Case No. 1:25-cv-01022-MN<br>Case No. 1:25-cv-01167-MN |

FILED
DEC 22 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**APPELLANT'S CERTIFICATE UNDER FRAP 10(b)(1)(B)
THAT NO TRANSCRIPT WILL BE ORDERED**

Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B), Appellant hereby certifies that, because no hearings or oral argument took place in the United States District Court for the District of Delaware with respect to the Notices of Appeal filed on December 16, 2025 in Case No. 1:25-cv-01022-MN and case No. Case No. 1:25-cv-01167-MN, no transcript will be ordered from a court reporter.

(Transcripts or partial transcripts of proceedings in the United States Bankruptcy Court for the District of Delaware will be included in the record on appeal.)

/s/ Deborah A. Vitale
Deborah A. Vitale, Pro Se
1013 Princess Street
Alexandria, Virginia 22314
Telephone: (727) 510-1412
Email: vitaledav@aol.com

1

## CERTIFICATE OF SERVICE

On December 22, 2025, a true copy of Appellant's Certificate Under FRAP 10(b)(1)(B) That No Transcript Will be Ordered, was served on the following, in the manner indicated below:

<u>via Electronic Mail</u>
Jonathan M. Stemerman, Esquire
Armstrong Teasdale, LLP
1007 N. Market Street, 3rd Floor
Wilmington, DE 19801
Email: jstemerman@atllp.com

<u>via Electronic Mail</u>
Bradford J. Sandler, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Email: <u>bsandler@pszjlaw.com</u>
Email: <u>pkeane@pszjlaw.com</u>

<u>via Electronic Mail</u>
Robert D. Goldberg, Esquire
Biggs & Battaglia
921 N. Orange Street
Wilmington, DE  19899
Email: goldberg@batlaw.com

<u>/s/ Deborah A. Vitale</u>
Deborah A. Vitale, Pro Se
1013 Princess Street
Alexandria, Virginia 22314
Telephone: (727) 510-1412
Email: vitaledav@aol.com
