# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION<br><br>Debtor.<br><br>―――――――――――――――<br><br>DEBORAH A. VITALE<br><br>    Appellant,<br><br>v.<br><br>EDSON ARNEAULT, et al.,<br><br>    Appellees. | Chapter 7<br>Case No. 24-11354 (JKS)<br><br>FILED<br>MAR 13 2025<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE<br><br>Case No. 1:25-cv-01022-MN<br>Case No. 1:25-cv-01167-MN |

## MOTION OF APPELLANT, DEBORAH A. VITALE, FOR AUTHORIZATION TO FILE DOCUMENTS ELECTRONICALLY THROUGH CM/ECF

Deborah A. Vitale, Appellant, appearing pro se, respectfully moves the Court for authorization to file documents electronically in the above-captioned cases through the Court's CM/ECF system, and states as follows:

1.    I am the Appellant in this case and must file motions, objections, responses, and other pleadings in order to protect my rights and participate in the case.

2. I am an attorney in good standing licensed to practice in Maryland, Virginia, and the District of Columbia.

3. The need to respond promptly to motions, notices, and deadlines makes electronic filing necessary to ensure timely participation and efficient case administration.

4. I have a PACER account and regular access to a computer, reliable internet service, and the technical ability to review PDF documents, convert documents to PDF for filing, upload filings, and comply with all CM/ECF requirements.

5. I have used electronic filing systems in other federal courts and in the United States Court of Appeals for the Third Circuit.

6. I agree to comply with all applicable Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and any CM/ECF procedures or training requirements imposed by the Clerk's Office.

7. I have noticed that filings hand-delivered to certain courts and then scanned into their system once downloaded on PACER are sometimes not as clear and readable as the originals. Direct filing using CM/ECF will prevent this problem.

8. The Appellant resides in Virginia and must either travel to Delaware to hand-file documents, make other arrangements to have documents hand-filed in Delaware, or incur unnecessary, and sometimes significant, expense to hand-file documents.

Filing via CM/ECF would allow the Appellant to eliminate any expense incident to filing.

9. I understand that electronic filing privileges may be revoked if I fail to comply with the Court's rules or misuse the CM/ECF system.

WHEREFORE, for good cause shown, the undersigned respectfully requests that the Court enter an order authorizing Appellant to file documents electronically in this case through the CM/ECF system and granting such other and further relief as the Court deems just and proper.

Because this motion concerns administrative access to the Court's filing system, it is appropriate for resolution on the papers without a hearing unless the Court determines otherwise.

Dated: March 11, 2026

                                        Respectfully submitted,

                                        <u>/s/ Deborah A. Vitale</u>
                                        DEBORAH A. VITALE
                                        Appellant, Pro Se
                                        1013 Princess Street
                                        Alexandria, Virginia 22314
                                        Telephone: (727) 510-1412
                                        Email: vitaledav@aol.com